**Order entered October 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00446-CV

### JONI DODD, Appellant

### V.

### MONA WOOTEN, ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02912**

## ORDER

By order dated August 12, 2019, we granted appellant's second extension of time to file an amended brief and ordered her amended brief to be filed by September 16, 2019. To date, appellant has not filed an amended brief. Accordingly, we **ORDER** the appeal submitted on appellant's brief filed on June 20, 2019.

Appellees' brief is due **THIRTY DAYS** from the date of this order.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE